**DIXIE VORTEX COMPANY, Plaintiff-Appellant, v. IMPERIAL PAPER BOX CORPORATION and K. & W. Paper Novelty Corporation and Rose Radin, and Evelyn Sukoff, Copartners, Doing Business as Sunny Paper Novelty Co., and Morris Sukoff and Morris Lazow, Defendants-Appellees.**

No. 93.

Circuit Court of Appeals, Second Circuit.
Dec. 5, 1938.

Carlton Hill, Charles W. Hills, Jr., Alexander C. Mabee, and M. R. Chambers, all of Chicago, Ill. (Duell & Kane, of New York City, of counsel), for appellant.

John P. Chandler, of New York City (H. C. Bierman, of New York City, of counsel), for appellees.

Before MANTON, SWAN and CHASE, Circuit Judges.

PER CURIAM.

Decree, 22 F.Supp. 209, affirmed.

**DUBUQUE FIRE & MARINE INSURANCE COMPANY, a Corporation, National Reserve Insurance Company, a Corporation, American Trust & Savings Bank, a Corporation, Dubuque Securities Company, a Corporation, and C. J. Schrup, Individually, Creditors and Appellants, v. PUBLIC GAS & COKE COMPANY, Debtor and Appellee.**

No. 7982.

Circuit Court of Appeals, Sixth Circuit.
Dec. 12, 1938.

Clausen, Hirsh & Miller, of Chicago, Ill., and Smith, Strawhecker & Wetmore, of Grand Rapids, Mich., for appellants.

Brewer, Smith & Farrell, of Chicago, Ill., and Ross H. Lamb, of Benton Harbor, Mich., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the entire record, briefs and argument of counsel.

On consideration whereof, it is now here ordered, adjudged and decreed that the order appealed from be and the same is hereby affirmed, upon the grounds stated and for the reasons given, in the opinion of the District Court filed June 15, 1937.

**George W. EASON, Appellant, v. J. W. SANFORD, Warden, United States Penitentiary, Atlanta, Ga., Appellee.**

No. 9000.

Circuit Court of Appeals, Fifth Circuit.
Feb. 2, 1939.

George W. Eason, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment dismissing a writ of habeas corpus and remanding appellant to the custody of the warden of the Federal penitentiary at Atlanta, Georgia. The record presents no reversible error.

Affirmed.